1    KENNETH G. HAUSMAN (Bar No. 57252)          JOHN E. HALL (Bar No. 118877)
     kenneth.hausman@arnoldporter.com             jhall@cov.com
2    DANIEL B. ASIMOW (Bar No. 165661)            GREGG H. LEVY (appearance *pro hac vice*)
     daniel.asimow@arnoldporter.com               glevy@cov.com
3    DAVID J. REIS (Bar No. 155782)               DEREK LUDWIN (appearance *pro hac vice*)
     david.reis@arnoldporter.com                  dludwin@cov.com
4    **ARNOLD & PORTER KAYE SCHOLER LLP**         BENJAMIN J. RAZI (appearance *pro hac vice*)
     Three Embarcadero Center, 10th Floor         brazi@cov.com
5    San Francisco, CA 94111-4024                 **COVINGTON & BURLING LLP**
     Telephone:    415.471.3100                   One CityCenter
6    Facsimile:    415.471.3400                   850 Tenth Street, NW
                                                  Washington, DC  20001-4956
7    WILLIAM J. BAER (appearance *pro hac vice*)  Telephone:    202.662.6000
     bill.baer@arnoldporter.com                   Facsimile:    202.662.6291
8    JONATHAN I. GLEKLEN (appearance *pro hac
     vice*)
9    jonathan.gleklen@arnoldporter.com            Attorneys for Defendants THE NATIONAL
     **ARNOLD & PORTER KAYE SCHOLER LLP**         FOOTBALL LEAGUE and all NFL Clubs other
10   601 Massachusetts Ave, NW                    than The Oakland Raiders
     Washington, D.C. 20001-3743
11   Telephone:    202.942.5000
     Facsimile:    202.942.5999
12
     Attorneys for Defendant THE OAKLAND
13   RAIDERS, a California limited partnership

14

15                       UNITED STATES DISTRICT COURT

16                     NORTHERN DISTRICT OF CALIFORNIA

17

18   CITY OF OAKLAND,                             Case No.: 3:18-cv-07444-JCS

19              Plaintiff,                         Action Filed:  December 11, 2018

20        vs.                                      **STIPULATION AND [PROPOSED] ORDER**
                                                   **CONTINUING CASE MANAGEMENT**
21   THE OAKLAND RAIDERS, a California             **CONFERENCE AND BRIEFING**
     limited partnership; ARIZONA CARDINALS       **SCHEDULE**
22   FOOTBALL CLUB LLC; ATLANTA
     FALCONS FOOTBALL CLUB, LLC;                  The Honorable Joseph C. Spero
23   BALTIMORE RAVENS LIMITED
     PARTNERSHIP; BUFFALO BILLS, LLC;
24   PANTHERS FOOTBALL, LLC; THE
     CHICAGO BEARS FOOTBALL CLUB, INC.;
25   CINCINNATI BENGALS, INC.; CLEVELAND
     BROWNS FOOTBALL COMPANY LLC;
26   DALLAS COWBOYS FOOTBALL CLUB,
     LTD; PDB SPORTS, LTD; THE DETROIT
27   LIONS, INC.; GREEN BAY PACKERS, INC.;
     HOUSTON NFL HOLDINGS, LP;
28   INDIANAPOLIS COLTS, INC.;
     JACKSONVILLE JAGUARS, LLC; KANSAS

1    CITY CHIEFS FOOTBALL CLUB, INC.;
     CHARGERS FOOTBALL COMPANY, LLC;
2    THE RAMS FOOTBALL COMPANY, LLC;
     MIAMI DOLPHINS, LTD.; MINNESOTA
3    VIKINGS FOOTBALL, LLC; NEW
     ENGLAND PATRIOTS LLC; NEW ORLEANS
4    LOUISIANA SAINTS, LLC; NEW YORK
     FOOTBALL GIANTS, INC.; NEW YORK
5    JETS LLC; PHILADELPHIA EAGLES, LLC;
     PITTSBURGH STEELERS LLC; FORTY
6    NINERS FOOTBALL COMPANY LLC;
     FOOTBALL NORTHWEST LLC;
7    BUCCANEERS TEAM LLC; TENNESSEE
     FOOTBALL, INC.; PRO-FOOTBALL, INC.;
8    and THE NATIONAL FOOTBALL LEAGUE,

9              Defendants.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND BRIEFING SCHEDULE
CASE NO. 3:18-cv-07444-JCS

**STIPULATION**

Plaintiff City of Oakland ("Plaintiff") and Defendants the NFL and its thirty-two member clubs ("Defendants"), through their respective attorneys of record herein, enter into this Stipulation with reference to the following circumstances:

1.      On December 11, 2018, Plaintiff filed its complaint against Defendants in City of Oakland v. The Oakland Raiders, et al., Case No. 3:18-cv-07444-JCS in the Northern District of California (the "Complaint");

2.      On December 11, 2018, this matter was assigned to Judge Joseph C. Spero;

3.      On December 20, 2018, Judge Spero issued a Case Management Scheduling Order, which set an initial Case Management Conference for March 15, 2019;

4.      On January 7, 2019, the Parties entered into a stipulation extending Defendants' time to answer or otherwise respond to the Complaint until March 1, 2019;

5.      On February 19, 2019, Plaintiff provided Defendants with a draft Case Management Conference Statement that contained a proposed schedule including dates for the service of initial document demands and interrogatories, and Plaintiff has indicated that it will not attempt to advance those dates;

6.      Defense counsel has a scheduling conflict on March 15, 2019, and Plaintiffs are not opposed to a continuance of the Case Management Conference; and

7.      Defendants intend to move to dismiss the Complaint.  The Parties wish to agree to a briefing schedule regarding Defendants' motion.

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel and subject to Court approval as follows:

1.      The Case Management Conference is reset to March 22, 2019, with all associated dates, including the date for filing the Case Management Conference Statement, adjusted accordingly;

2.      Plaintiff's Opposition to the Motion to Dismiss will be due on April 3, 2019;

3.      Defendant's Reply in Support of the Motion to Dismiss will be due on April 17, 2019; and

-1-

1    4.    Defendants will notice the Motion to Dismiss for hearing on May 17, 2019.

2    **IT IS SO STIPULATED.**

3    Dated:  February 22, 2019.                    ARNOLD & PORTER KAYE SCHOLER LLP

4                                                  By:   /s/ *Daniel B. Asimow*
5                                                        DANIEL B. ASIMOW

6                                                  Attorneys for Defendant
                                                   THE OAKLAND RAIDERS

7    Dated:  February 22, 2019.                    COVINGTON & BURLING LLP

8                                                  By:   /s/ *John E. Hall*
9                                                        JOHN E. HALL

10                                                 Attorneys for Defendants
                                                   THE NATIONAL FOOTBALL LEAGUE
11                                                 and all NFL Clubs other than The Oakland
                                                   Raiders
12
     Dated:  February 22, 2019.                    PEARSON, SIMON & WARSHAW, LLP
13

14                                                 By:   /s/ *Clifford H. Pearson*
15                                                       CLIFFORD H. PEARSON

16                                                 Attorneys for Plaintiff
                                                   CITY OF OAKLAND

17                              **SIGNATURE ATTESTATION**

18        I, Daniel B. Asimow, am the ECF user whose user ID and password are being utilized to

19   electronically file this **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE**

20   **MANAGEMENT CONFERENCE AND BRIEFING SCHEDULE** ("Stipulation").  Pursuant to

21   Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

22   Dated:  February 22, 2019.

23                                                 /s/ *Daniel B. Asimow*
                                                   DANIEL B. ASIMOW
24

25

26

27

28

1

## **ORDER**

2      **IT IS SO ORDERED.**

3

4      DATED:   _____

5
                                                    _____
6                                                   HONORABLE JOSEPH C. SPERO
                                                    Chief Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28